NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued September 14, 2007
Decided September 24, 2007

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Terrence T. Evans, *Circuit Judge*

Hon. Ann Claire Williams, *Circuit Judge*

No. 06-2345

| | |
|---|---|
| United States of America,<br>　　　　　*Plaintiff-Appellee*,<br><br>　　　v.<br><br>Charles States,<br>　　　　　*Defendant-Appellant*. | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 02 CR 464<br><br>Ronald A. Guzman<br>　　　*Judge*. |

**O R D E R**

This case is unbelievably frivolous. We AFFIRM.